UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-3442-LOUIS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

TAKEIA HERDER,

        Defendant.
_____/

## NOTICE OF APPEARANCE

The Federal Defender's Office for the Southern District of Florida gives notice that Assistant Federal Public Defender Christian Dunham is appearing as counsel in this case.

                      MICHAEL CARUSO
                      FEDERAL PUBLIC DEFENDER

        By:   */s/ Christian Dunham*
                Assistant Federal Public Defender
                Florida Bar No.: 146587
                150 W. Flagler Street, Suite 1700
                Miami, Florida 33130-1556
                Tel: (305) 533-4177
                E-mail: christian_dunham@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on July 24, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

　　　　　　　　　　　　　　　　　　　 */s/ Christian Dunham*