# MINUTE ORDER

Page 5

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor    Date: 7/24/23    Time: 2:00 p.m.

Defendant: 2) Schneeka Parker    J#: 51301-007    Case #: 23-3442-MJ-LOUIS

AUSA: Katherine Guthrie    Attorney:

Violation: Imporation of a Controlled Substance    Arrest Date: 7/23/23    YOB: 1980

Proceeding: Initial Appearance    CJA Appt: S. Patrick Dray, Esq.

Bond/PTD Held: ☐ ☐    Recommended Bond:

Bond Set at:    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services; Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
Defendant advised of rights and charges

Defendant sworn; CJA counsel to be appointed; did not appear in Court

Government rec Pretrial Detention; hearing set for 7/27/23

*Brady order given*

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:

Report RE Counsel:
PTD Hearing: 7/27/23    10:00 a.m.    Duty/Miami
Prelim/Arraignment: 8/7/23    10:00 a.m.    Duty/Miami
Status Conference RE:
D.A.R. 14:36:12    Time in Court: 5 mins

s/Lauren F. Louis    Magistrate Judge