# MINUTE ORDER

Page 4

## Magistrate Judge Lauren F. Louis

**Atkins Building Courthouse - 11th Floor**          Date: 7/24/23          Time: 2:00 p.m.

Defendant:  1) Takeia Herder          J#: 49730-007          Case #:  23-3442-MJ-LOUIS

AUSA:  Katherine Guthrie          Attorney:  AFPD – Christian Dunham

Violation:  Imporation of a Controlled Substance          Arrest Date: 7/23/23     YOB: 1975

Proceeding:  Initial Appearance          CJA Appt: _____

Bond/PTD Held: ○     ○          Recommended Bond: _____

Bond Set at: _____          Co-signed by: _____

| | |
|---|---|
| ☐ Surrender and/or do not obtain passports/travel docs | Language:   English |
| ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person | **Disposition:** |
| ☐ Random urine testing by Pretrial Services | Defendant advised of rights and charges |
| Treatment as deemed necessary | |
| ☐ Refrain from excessive use of alcohol | Defendant sworn; AFPD appointed |
| ☐ Participate in mental health assessment & treatment | |
| ☐ Maintain or seek full-time employment/education | Govt recommends Pretrial Detention; |
| ☐ No contact with victims/witnesses, except through counsel | hearing set for 7/27/23 |
| ☐ No firearms | |
| ☐ Not to encumber property | *Brady order given* |
| ☐ May not visit transportation establishments | |
| ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____ | |
| ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment | |
| ☐ Travel extended to: _____ | Time from today to _____ excluded |
| ☐ Other: _____ | from Speedy Trial Clock |

NEXT COURT APPEARANCE     Date:          Time:          Judge:          Place:

Report RE Counsel: _____

**PTD Hearing:**          *7/27/23*          *10:00 a.m.*          *Duty/Miami*

**Prelim/Arraignment:**          *8/7/23*          *10:00 a.m.*          *Duty/Miami*

Status Conference RE: _____

D.A.R.  14:30:02          Time in Court:     7 mins

s/Lauren F. Louis          Magistrate Judge