# COURT MINUTES

Page 3

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor        Date: 7/27/23        Time: 10:00 a.m.

Defendant: 1) Takeia Herder        J#: 49730-007   Case #: 23-3442-MJ-LOUIS
AUSA: Katherine Guthrie                          Attorney: AFPD – Christian Dunham
Violation: Importation of a Controlled Substance
Proceeding: Pretrial Detention Hearing           CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No    Recommended Bond:
Bond Set at:                                     Co-signed by:

- [x] **Surrender and/or do not obtain passports/travel docs**
- [x] **Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person**
- [x] **Random urine testing by Pretrial Services ___ Treatment as deemed necessary**
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [x] **Travel extended to: S/D of FL (court) & Washington D.C. (reside)**
- [ ] Other:

Language: English

Disposition:
*Brady Order given 7/24/23*
**Prel/Arr 8/7/23** (struck through)

***STIP $150K PSB cosigned by her Son (Keon Herder) and Significant other (Alton Ray) (no hrg. held); Court sets***

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:        Time:        Judge:        Place:
Report RE Counsel:
PTD/Bond Hearing:
**Arraignment:**            **8/14/23       10:00 a.m.        Duty/Miami**
Status Conference RE:
D.A.R. 10:13:08                                   Time in Court: 6 mins