# COURT MINUTES

Page 4

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor     Date: 7/27/23     Time: 10:00 a.m.

Defendant: 2) Schneeka Parker     J#: 51301-007     Case #: 23-3442-MJ-LOUIS
AUSA: Katherine Guthrie     Attorney: S. Patrick Dray, CJA
Violation: Importation of a Controlled Substance
Proceeding: Pretrial Detention Hearing     CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No     Recommended Bond:
Bond Set at:     Co-signed by:

- [x] **Surrender and/or do not obtain passports/travel docs**
- [x] **Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person**
- [ ] Random urine testing by Pretrial Services
      Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [x] **Participate in mental health assessment & treatment**
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses
- [x] **No firearms**
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [x] Travel extended to: **S/D of FL (court) & Washington D.C. (reside)**
- [ ] Other:

Language: English

Disposition:
*Brady Order given 7/24/23*
**Prel/Arr 8/7/23**

*STIP $150K PSB cosigned by her 2 Sons (Da'sean & Rashod Ward) (no hrg. held); Court sets*

*Brady order given*

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE     Date:     Time:     Judge:     Place:
Report RE Counsel:
PTD/Bond Hearing:
**Arraignment:**     *8/14/23     10:00 a.m.*     Duty/Miami
Status Conference RE:
D.A.R. 10:19:21     Time in Court: 7 mins